IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                        :
**In re**                               :   Chapter 11
                                        :
**KEY PLASTICS L.L.C. (7449) and**      :   Case No. 13324 (MFW)
**KEY PLASTICS FINANCE CORP. (6717),**  :
                                        :   (Jointly Administered)
         **Debtors.**                   :
                                        :
---------------------------------------------------------------x

PLAN SUPPLEMENT FOR JOINT PREPACKAGED
PLANS OF REORGANIZATION OF KEY PLASTICS
L.L.C. AND KEY PLASTICS FINANCE CORP. PROPOSED
BY KEY PLASTICS L.L.C. AND KEY PLASTICS FINANCE CORP.

THIS IS THE KEY PLASTICS L.L.C. AND KEY PLASTICS FINANCE CORP. (COLLECTIVELY, THE "DEBTORS") PLAN SUPPLEMENT, FILED IN SUPPORT OF THE JOINT PREPACKAGED PLAN OF REORGANIZATION OF THE DEBTORS PROPOSED BY THE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, WHICH WAS FILED IN THIS CASE ON DECEMBER 15, 2008 (DOCKET NO. 11) (THE "PREPACKAGED PLAN").[1] THE DOCUMENTS CONTAINED IN THIS PLAN SUPPLEMENT ARE INTEGRAL TO AND PART OF THE PREPACKAGED PLAN AND, IF THE PREPACKAGED PLAN IS APPROVED, SHALL BE APPROVED IN THE CONFIRMATION ORDER. THE HEARING TO CONSIDER CONFIRMATION OF THE PREPACKAGED PLAN IS CURRENTLY SCHEDULED FOR JANUARY 29, 2009 AT 2:00 P.M. (ET).

PLEASE TAKE NOTICE that the Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement; provided that if any document in this Plan Supplement is altered, amended, modified or supplemented in any material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that pursuant to section 9.1 of the Prepackaged Plan, except as otherwise provided in the Prepackaged Plan, or in any contract, instrument, release, indenture, or other agreement or document entered into in connection with the Prepackaged Plan, as of the Effective Date, the Debtors shall be deemed to have assumed each executory contract and unexpired lease to which it is a party, unless such contract or lease (i) was previously assumed or rejected by the Debtors, (ii) previously expired or terminated pursuant to its own terms, (iii) is the subject of a motion to reject filed by the Debtors on or before the Confirmation Date or (iv) is set forth in a schedule, as an executory contract or unexpired lease to be rejected, including those contracts listed on Exhibit I attached hereto. The Confirmation Order shall

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Prepackaged Plan.

constitute of an order of the Bankruptcy Court under sections 365 and 1123(b) of the Bankruptcy Code approving the contract and lease assumptions or rejections described above, as of the Effective Date. **Accordingly, if you are a counterparty to an executory contract or unexpired lease with the Debtors, your contract or lease may be assumed by the Debtors.** Please see sections 9.1, 9.2, and 9.3 of the Prepackaged Plan for more information on the assumption of executory contracts and unexpired leases.

PLEASE TAKE FURTHER NOTICE that any party wishing to obtain copies of the Prepackaged Plan, the Plan Supplement documents referred to on the attached list, or the Disclosure Statement related to the Prepackaged Plan may download copies from the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC at http://www.kccllc.net/KeyPlastics, or may request copies by phone at 888-733-1425.

Dated: January 22, 2009
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Katisha D. Fortune (No. 4857)
Maris J. Finnegan (DE Admission Pending)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Phone: (302) 651-7700
Fax: (302) 654-7701
Email: Collins@rlf.com
Email: Fortune@rlf.com
Email: MFinnegan@rlf.com

-and-

Martin A. Sosland
Stephen A. Youngman
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Direct Dial: (214) 746-7700
Fax: (214) 746-7777
Email: martin.sosland@weil.com
Email: stephen.youngman@weil.com

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

DA1:\545982\05\BP@605!.DOC\56316.0009
RLF1-3361330-1

2

# PLAN SUPPLEMENT DOCUMENTS

| | |
|---|---|
| Exhibit A: | Election Form for Holders of Senior Notes for Treatment Under the Joint Plan of Reorganization of Key Plastics L.L.C. and Key Plastics Finance Corp. |
| Exhibit B: | Booklet A, which includes the Stockholders Agreement |
| Exhibit C: | Booklet B, which includes the Stockholders Agreement, the Subscription and Contribution Agreement, and the Subscription Form |
| Exhibit D: | Escrow Agreement, dated as of December, 2008, entered into by and among Key Plastics L.L.C., Key Plastics Finance Corp., and Wells Fargo Bank, National Association |
| Exhibit E: | Backstop and Purchase and Contribution Agreement, made December 15, 2008, by and among Key Plastics L.L.C., Key Plastics Finance Corp., Wayzata Opportunities Fund II, L.P., and Wayzata Opportunities Fund Offshore II, L.P. |
| Exhibit F: | Key Plastics L.L.C. and Key Plastics Finance Corp. Form of Notice to Provide Payment pursuant to the Subscription and Contribution Agreement |
| Exhibit G: | Key Plastics L.L.C. and Key Plastics Finance Corp. Form of Notice of Payment Amount pursuant to the Backstop and Purchase and Contribution Agreement and the Subscription and Contribution Agreement |
| Exhibit H: | Schedule of Employment Agreements to be Assumed under the Prepackaged Plan |
| Exhibit I: | Schedule of Executory Contracts and Unexpired Leases to be Rejected |
| Exhibit J: | Certificate of Amendment to Certificate of Incorporation of Key Plastics Finance Corp. |
| Exhibit K: | Amended and Restated By-Laws of Key Plastics Corporation |
| Exhibit L: | Third Amended and Restated Operating Agreement of Key Plastics L.L.C., a Michigan Limited Liability Company |
| Exhibit M: | Identities of initial members of the board of directors of Key Plastics Finance Corp. and Debtors' 1129(a)(5) Compensation Disclosures |
| Exhibit N: | Exit Financing Commitment Letter from Wayzata Investment Partners, dated January 21, 2009 |