**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
**In re:**                                    :
                                              :
**KEY PLASTICS L.L.C. and**                   :
**KEY PLASTICS FINANCE CORP.,**               :
                                              :
           **Debtors.**          :
                                              :
---------------------------------------------------------------x

ELECTION FORM FOR HOLDERS OF SENIOR NOTES FOR
TREATMENT UNDER THE
JOINT PLAN OF REORGANIZATION OF
KEY PLASTICS L.L.C. AND KEY PLASTICS FINANCE CORP.

On December 15, 2008, Key Plastics L.L.C. and Key Plastics Finance Corp., as debtors and debtors-in-possession ("Debtors"), filed the Joint Prepackaged Plan of Reorganization under chapter 11 of title 11 of the Bankruptcy Code (the "Plan") and the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). Capitalized terms used herein but not defined have the meanings ascribed to them in the Plan.

This Election Form does not constitute a recommendation regarding the elections that a holder of Senior Notes should make. Elections are within the sole discretion of each holder of Senior Notes and should be made on the basis of such holder's independent assessment of facts and circumstances. In that regard, each holder of Senior Notes is encouraged to review carefully the Plan, the Disclosure Statement, and all of the materials included herewith and any other materials deemed relevant by such holder and to consult with such holder's own financial and legal advisors.

Pursuant to the Plan, in exchange for its Allowed Senior Notes Claim, each holder of Senior Notes has the right to make the Cash Election or the Equity Election. If a holder of an Allowed Senior Notes Claim makes the Equity Election, such holder also has the right to participate in the Rights Offering.

- The Cash Election is the default election. If no election is made, you will be deemed to have made the Cash Election. The Cash distribution in respect of all Cash Elections is expected to be made on or promptly after the Effective Date through The Depository Trust Company ("DTC") to holders of Allowed Senior Notes Claims that have made the Cash Election or have not properly made the Equity Election as described below.

- The Equity Election must be actively made by a holder of an Allowed Senior Notes Claim, and involves several steps in order to be effective. These steps involve both the holder of an Allowed Senior Notes Claim and the bank, brokerage firm, or other nominee (each, a "Nominee") holding the Senior Notes for such holders. A holder of an Allowed Senior Notes Claim may make the

Equity Election and choose not to subscribe for additional New Key Plastics Equity in the Rights Offering (the "Equity Election Without Subscription") or such holder may make the Equity Election and subscribe for additional New Key Plastics Equity in the Rights Offering, in accordance with the Plan (the "Equity Election Plus Subscription"). ALL steps described below must be completed for the Equity Election Without Subscription or Equity Election Plus Subscription to be effective.

## ITEM 1. CASH ELECTION.

To make the CASH ELECTION, check the box below. The Cash Election is the default election. If you do not make an election, or if ALL of the steps set forth below are not completed by the Rights Offering Expiration Date, you will be deemed to have made the Cash Election.

- ❑ **1** – Cash Election – to receive Cash on or promptly following the Effective Date in accordance with the Plan

## ITEM 2. EQUITY ELECTION.

To make the EQUITY ELECTION, check the appropriate box below to specify the Equity Election Without Subscription *OR* the Equity Election Plus Subscription.

ONLY FOR HOLDERS WHO WISH TO MAKE THE EQUITY ELECTIONw:

- ❑ **2A** - Equity Election Without Subscription – to receive New Key Plastics Equity in accordance with the Plan but not participate in the Rights Offering. (See section 3A below for further details.)

- ❑ **2B** - Equity Election Plus Subscription – to receive New Key Plastics Equity in accordance with the Plan AND subscribe for additional New Key Plastics Equity by participating in the Rights Offering. (See section 3B below for further details.)

## ITEM 3. PROCEDURES FOR MAKING THE EQUITY ELECTION

(All steps for all elections and subscriptions must be COMPLETED by the Rights Offering Expiration Date (as such term is defined in the Disclosure Statement), which is January 16, 2009 at 4:00 p.m., Eastern Time):

### 3A. To effect the Equity Election Without Subscription:

1) CHECK Box 2A of this Election Form, and complete Item 4 below in its entirety.

2) COMPLETE Booklet A, which includes the Stockholders Agreement.

3) RETURN this ELECTION FORM and BOOKLET A to YOUR NOMINEE, and request that YOUR NOMINEE take the following steps prior to the Rights Offering Expiration Date:

   a) Your Nominee must tender your bonds through DTC's ATOP system;

   b) Your Nominee must submit a MASTER ELECTION FORM to the Solicitation Agent on your behalf for receipt prior to the Rights Offering Expiration Date; and

   c) Your Nominee must attach this ELECTION FORM and BOOKLET A, which includes the Stockholders Agreement (both fully completed by you, and both in original form), to the MASTER ELECTION FORM.

### 3B. To effect the Equity Election Plus Subscription:

1) CHECK Box 2B of this Election Form and complete Item 4 below in its entirety.

2) COMPLETE Booklet B, which includes (i) the Stockholders Agreement; (ii) the Subscription and Contribution Agreement; and (iii) the Subscription Form which is attached to the Subscription and Contribution Agreement.

3) RETURN this ELECTION FORM and BOOKLET B to YOUR NOMINEE, and request that YOUR NOMINEE take the following steps prior to the Rights Offering Expiration Date:

   a) Your Nominee must tender your bonds through DTC's ATOP system;

   b) Your Nominee must submit a MASTER ELECTION FORM to the Solicitation Agent on your behalf for receipt prior to the Rights Offering Expiration Date; and

   c) Your Nominee must attach this ELECTION FORM and BOOKLET B, which includes (i) the Stockholders Agreement; (ii) the Subscription and Contribution Agreement; and (iii) the Subscription Form which is attached to

the Subscription and Contribution Agreement (all fully completed by you, and both in original form), to the MASTER ELECTION FORM.

**Please note that payment for participation in the Rights Offering is not being requested at this time. A Notice to Provide Payment is expected to be sent after the Confirmation Date and prior to the Effective Date.**

## ITEM 4. Signature and Equity Registration Information

Date:_____     Full Legal Name of Account (holding the Senior Notes):

_____

Signature:_____

Name of Signatory:_____

Title:_____

Address: _____

Address:_____

City:_____ State: _____

Postal Code:_____

Country (if other than United States)_____

Taxpayer Identification Number:_____

Or if Non-U.S. holder, check here and attach W-8:
☐ Non-U.S. holder

Contact Name:_____

Contact Telephone Number:_____

Contact Email Address:_____

Information must be fully completed. A contact name, telephone number, and email address MUST be provided in case there are any questions in connection with the registration information.

TO MAKE THE EQUITY ELECTION, YOU MUST RETURN THIS FORM AND BOOKLET A OR BOOKLET B (AS APPROPRIATE) TO YOUR NOMINEE SO THAT YOUR ELECTION MAY BE PROCESSED BY THE NOMINEE.

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT THE SOLICITATION AGENT, FINANCIAL BALLOTING GROUP LLC, AT (646) 282-1800.