**Exhibit F**

Key Plastics L.L.C.
Key Plastics Finance Corp.
21700 Haggerty Road, Suite 100N
Northville, MI 48167

[          ], 2009

Wayzata Opportunities Fund II, L.P.
Wayzata Opportunities Fund Offshore II, L.P.
c/o Wayzata Investment Partners, LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391
Attn: Chief Financial Officer and General Counsel

RE:   Key Plastics L.L.C. and Key Plastics Finance Corp. Notice to Provide Payment

Dear Sir or Madam:

Reference is made to that certain Subscription and Contribution Agreement (the "Subscription Agreement") by and among Key Plastics L.L.C., a Michigan limited liability company ("Key Plastics"), Key Plastics Finance Corp., a Delaware corporation and the subscribers thereto (the "Subscribers"). Capitalized terms used herein and not defined shall have the meaning assigned to them in the Subscription Agreement, including the Subscription Form attached thereto and incorporated by reference therein (the "Subscription Form").

This letter is to notify you that cash payment in immediately available funds in respect of your Subscribed Interests is due and payable on or before February __, 2009 at 5:00 p.m. (Eastern time) (the "Payment Deadline").

Please send the Subscription Price indicated in Item 3 of your Subscription Form (indicated below) by wire transfer in immediately available funds for receipt by Wells Fargo, N.A., the escrow agent, on or before the Payment Deadline in accordance with the instructions provided in the Subscription Form. The wire instructions for the escrow agent are included for convenience below.

| Subscriber | Subscribed Interests | Aggregate Subscription Price |
|---|---|---|
| Wayzata Opportunities Fund II, L.P. | 163,384 | $9,337,395.60 |
| Wayzata Opportunities Fund Offshore II, L.P. | 18,806 | $1,074,762.90 |
| TOTAL | 182,190 | $10,412,158.50 |

Wire Instructions:

| | |
|---|---|
| **Account Name:** | **BNF Corporate Trust Clearing – Key Plastics LLC** |
| **Account #:** | **0001038377** |
| **FFC:** | **23321600** |
| **ABA/Routing #:** | **121-000-248** |
| **Bank Name:** | **Well Fargo Bank** |
| **Bank Address:** | **Wells Fargo Bank, NA** |
| | **45 Broadway, 14th Floor** |
| | **New York, NY 10006** |
| | **Attn: Matthew Sherman** |
| | **Tel: (212) 515-1573** |
| | **Fax: (212) 509-1716** |
| | **matthew.sherman@wellsfargo.com** |

After payment is made by wire transfer, contact Matthew Sherman at Wells Fargo, N.A. at (212) 515-1573 to confirm receipt of the payment.

Thank you for your prompt attention to this matter.

Very truly yours,


Key Plastics L.L.C.


By:_____
Name:_____
Its:_____


Key Plastics Finance Corp.


By:_____
Name:_____
Its:_____