# Exhibit G

Key Plastics L.L.C.
Key Plastics Finance Corp.
21700 Haggerty Road, Suite 100N
Northville, MI 48167

[      ], 2009

Wayzata Opportunities Fund II, L.P.
Wayzata Opportunities Fund Offshore II, L.P.
c/o Wayzata Investment Partners, LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391
Attn: Chief Financial Officer and General Counsel

RE: Key Plastics L.L.C. and Key Plastics Finance Corp. Notice of Payment Amount

Dear Sir or Madam:

Reference is made to (1) that certain Backstop Purchase and Contribution Agreement (the "Backstop Agreement") dated December 15, 2008 by and among Key Plastics L.L.C., a Michigan limited liability company ("Key Plastics"), Key Plastics Finance Corp., a Delaware corporation ("Finance Corp" and, together with Key Plastics, the "Debtors"), Wayzata Opportunities Fund II, L.P., a Delaware limited partnership ("Wayzata Opportunities"), and Wayzata Opportunities Fund Offshore II, L.P., a Delaware limited partnership ("Wayzata Offshore", and together with Wayzata Opportunities, each, a "Backstop Party" and collectively, the "Backstop Parties") and (2) that certain Subscription and Contribution Agreement (the "Subscription Agreement") by and among the Debtors and the subscribers thereto, including the Subscription Form attached thereto and incorporated therein by reference (the "Subscription Form"). Capitalized terms not otherwise defined shall have the meaning set forth in the Backstop Agreement.

This letter is to notify the Backstop Parties that 167,810 membership interests of the New Key Plastics Equity offered in the Rights Offering were not purchased by Subscribers. Pursuant to Section 2.1(a) of the Backstop Agreement, each Backstop Party has agreed to purchase, severally and not jointly, from Key Plastics an amount of New Key Plastics Equity equal to the product of (x) any and all membership interests of New Key Plastics Equity which are not subscribed for pursuant to the Rights Offering and (y) the percentage of such interests such Backstop Party committed to purchase, as set forth opposite such Backstop Party's name in Schedule A of the Backstop Agreement (the "Rights Offering Interests").

The below table specifies the Rights Offering Interests that each Backstop Party is obligated to purchase from Key Plastics and the aggregate Subscription Price for each Backstop Party.

| Backstop Party | Rights Offering Interests | Aggregate Subscription Price |
|---|---|---|
| Wayzata Opportunities Fund II, L.P. | 150,488 | $8,600,389.20 |
| Wayzata Opportunities Fund Offshore II, L.P. | 17,322 | $989,952.30 |
| **TOTAL** | 167,810 | $9,590,341.50 |

This letter is to notify each Backstop Party that its respective cash payment in respect of its Rights Offering Interests is due and payable on or before February __, 2009 at 5:00 p.m. (Eastern time) (the "Payment Deadline").

Each Backstop Party must send, by wire transfer in immediately available funds, the Subscription Price set forth opposite its name in the table above for receipt by Wells Fargo, N.A., the escrow agent, on or before the Payment Deadline in accordance with the instructions provided in the Subscription Form and the Backstop Agreement. The wire instructions for the escrow agent are included for convenience below.

Wire Instructions:

| | |
|---|---|
| **Account Name:** | **BNF Corporate Trust Clearing – Key Plastics LLC** |
| **Account #:** | 0001038377 |
| **FFC:** | 23321600 |
| **ABA/Routing #:** | 121-000-248 |
| **Bank Name:** | **Well Fargo Bank** |
| **Bank Address:** | Wells Fargo Bank, NA |
| | 45 Broadway, 14th Floor |
| | New York, NY 10006 |
| | Attn: Matthew Sherman |
| | Tel: (212) 515-1573 |
| | Fax: (212) 509-1716 |
| | **matthew.sherman@wellsfargo.com** |

After payment is made by wire transfer, contact Matthew Sherman at Wells Fargo, N.A. at (212) 515-1573 to confirm receipt of the payment.

Thank you for your prompt attention to this matter.

Very truly yours,

Key Plastics L.L.C.

By:_____
Name:_____
Its:_____

Key Plastics Finance Corp.

By:_____
Name:_____
Its:_____