## Exhibit H

### Schedule of Employment Agreements to be Assumed

The Debtors do not intend to enter into a Management Retention and Incentive Plan as discussed in section III(L) of the Disclosure Statement in advance of the Effective Date. Below are those employment agreements to be assumed in connection with confirmation as further discussed in section III(L) of the Disclosure Statement.

- That certain Employment Agreement between Key Plastics L.L.C. and Jon Cohen, dated as of December 12, 2008.

- That certain Employment Agreement between Key Plastics L.L.C. and John Wilson, dated as of December 11, 2008.