# Exhibit I

**Schedule of Executory Contracts and Unexpired Leases to be Rejected**

The Debtors do not intend to reject any executory contracts or unexpired leases in accordance with Section 9.1 of the Prepackaged Plan that are not currently subject to a pending motion to reject.