**Exhibit J**

CERTIFICATE OF AMENDMENT

TO

CERTIFICATE OF INCORPORATION

OF

KEY PLASTICS FINANCE CORP.

*Adopted in accordance with the provisions of Section 242 of the
General Corporation Law of the State of Delaware*

THE UNDERSIGNED, being the Vice President and Chief Financial Officer of Key Plastics Finance Corp. (the "Corporation"), a corporation duly organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "DGCL"), DOES HEREBY CERTIFY as follows:

FIRST: The name of the Corporation is Key Plastics Finance Corp. The Certificate of Incorporation of the Corporation was filed with the Delaware Secretary of State's Office on February 9, 2007.

SECOND: This Certificate of Amendment to the Certificate of Incorporation of the Corporation was duly adopted in accordance with Section 242 of the DGCL. The Board of Directors of the Corporation duly adopted resolutions setting forth and declaring advisable this Certificate of Amendment to the Certificate of Incorporation of the Corporation and directed that the proposed amendment be considered by the stockholders of the Corporation. In accordance with Section 228 of the DGCL, the consent in writing to approve this Certificate of Amendment was signed by the holders of outstanding stock having not less than the minimum number of votes that would be necessary to approve this Certificate of Amendment at a meeting at which all shares entitled to vote were present and voted. The stockholders of the Corporation duly adopted this Certificate of Amendment to the Certificate of Incorporation of the Corporation.

THIRD: The text of ARTICLE FIRST of the Certificate of Incorporation, not including the heading thereof, is hereby amended and restated in its entirety to read as follows:

"The name of the Corporation is Key Plastics Corporation."

FOURTH: The text of ARTICLE FOURTH of the Certificate of Incorporation, not including the heading thereof, is hereby amended and restated in its entirety to read as follows:

"(a) The Corporation is authorized to issue two classes of shares to be designated, respectively, "Common Stock" and "Preferred Stock." The total number of shares which the Corporation shall have authority to issue is One Million Five Hundred Thousand (1,500,000) shares, and the aggregate par value of all shares which are to have a par value is One Thousand Five Hundred Dollars ($1,500). The total number of shares of Common Stock which the Corporation shall have authority to issue is One Million Four Hundred Thousand (1,400,000) shares, and the par value of each share of Common Stock is One Cent ($0.01). The total number of shares of Preferred Stock which the Corporation shall have authority to issue is One Hundred Thousand (100,000) shares, and the par value of each share of Preferred Stock is One Cent ($0.01).

(b) The Preferred Stock may be issued in one or more series, each series to be appropriately designated by a distinguishing letter or title, prior to the issue of any shares thereof.

The Board of Directors is hereby authorized to fix or alter the dividend rights, dividend rate, conversion rights, voting rights, rights and terms of redemption (including sinking fund provisions, if any), the redemption price or prices, the liquidation preferences, any other designations, preferences and relative, participating, optional or other special rights, and any qualifications, limitations or restrictions thereof, of any wholly unissued series of Preferred Stock, and the number of shares constituting any such unissued series and the designation thereof, or any of them; and to increase or decrease the number of shares of any series subsequent to the issue of shares of that series, but not below the number of shares of such series then outstanding. In case the number of shares of any series shall be so decreased, the shares constituting such decrease shall resume the status which they had prior to the adoption of the resolution originally fixing the number of shares of such series.

(c) To the extent prohibited by Section 1123 of Chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), the Corporation shall not issue non-voting equity securities; provided, however, that the foregoing (i) will have no further force and effect beyond that required under Section 1123 of the Bankruptcy Code, (ii) will have such force and effect, if any, only for so long as such Section 1123 is in effect and applicable to the Corporation and (iii) may be amended or eliminated in accordance with applicable law as from time to time in effect."

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Amendment to the Certificate of Incorporation on this [___] day of [_____], 2009.

        KEY PLASTICS FINANCE CORP.,
        a Delaware Corporation

By: _____
     Name:
     Title: Vice President and Chief Financial Officer