# Exhibit M

**Identities of initial members of the board of directors of Key Plastics Finance Corp. and Debtors' 1129(a)(5) Compensation Disclosures**

Pursuant to section 6.2 of the Prepackaged Plan, the initial members of the board of directors of Key Plastics Finance Corp. shall consisted of five (5) members, including the following: (1) one non-insider director to serve as Chief Executive Officer ("CEO"), to be appointed once the executive search for the CEO is complete, (2) Christopher E. Keenan, whose biography is provided below, (3) Eugene I. Davis, whose biography is provided below, (4) Don Campion, whose biography is provided below, and (5) one independent, non-insider director to be appointed by Wayzata Investment Partners LLC at a later date. To the extent any directors are appointed prior to the Effective Date, the Debtors shall update this Plan Supplement.

Available biographies of the initial members of the board of directors of Key Plastics Finance Corp are as follows:

- *Christopher E. Keenan* performs analysis on high yield and distressed credits and manages portfolio investments for Wayzata Investment Partners LLC. Prior to joining Wayzata in 2004, he was an analyst for the Distressed/High Yield group at Citadel Investment Group. Prior thereto Mr. Keenan was an Investment Banking Analyst with Banc of America Securities in San Francisco. Mr. Keenan graduated Cum Laude with an A.B. in Economics from Harvard University. Mr. Keenan is a Director of Citation Corporation.

- *Donald C. Campion* served as Chief Financial Officer of Verifone, Inc. from January 2003 until July 2004. Mr. Campion previously served as Chief Financial Officer of several companies, including Special Devices, Inc., Cambridge, Inc., Oxford Automotive, Inc., and Delco Electronics Corporation. Mr. Campion also currently serves on the Board of Directors of Haynes International, Citation Corporation, and Ecology Coatings, Inc.

- *Eugene I. Davis* is the Chairman and Chief Executive Officer of PIRINATE Consulting Group, LLC, a privately-held consulting firm specializing in turn-around management, merger and acquisition consulting, hostile and friendly takeovers, proxy contests and strategic planning advisory services for domestic and international public and private business entities. Since forming PIRINATE in 1997, Mr. Davis has advised, managed, sold, liquidated and/or acted as a Chief Executive Officer, Chief Restructuring Officer, Director, Committee Chairman and/or Chairman of the Board of a number of businesses, including companies operating in the telecommunications, automotive, manufacturing, high-technology, medical technologies, metals, energy, financial services, consumer products and services, import-export, mining and transportation and logistics sectors. Prior to forming PIRINATE, Mr. Davis served as President, Vice-Chairman and Director of Emerson Radio Corp, and CEO and Vice-Chairman of Sport Supply Group, Inc. Mr. Davis

began his career as an attorney and international negotiator with Exxon Corp. and Standard Oil Company (Indiana) and as a partner in two Texas-based law firms where he specialized in corporate/securities law, international transactions and restructuring advisory. Mr. Davis holds a BA from Columbia College, a Masters of International Affairs (MIA) in International Law and Organization from the School of International Affairs of Columbia University and a JD from the Columbia University School of Law.

Pursuant to section 1129(a)(5) of the Bankruptcy Code, compensation to be paid to officers of Key Plastics L.L.C., who will be employed or retained by Key Plastics as of the Effective Date, is as follows:

| **Officer** | **Title** | **Compensation** |
|---|---|---|
| John Wilson | Chief Financial Officer | $235,000 |
| Ralph Ralston | President and Chief Operating Officer, North America | $200,000 |
| Rex Carlile | Chief Financial Officer, North America | $150,000 |