**Exhibit N**

January 22, 2009

**Via E-mail**
John B. Wilson
Chief Financial Officer
Key Plastics LLC

    Re:  **Proposed 1st Lien Exit Facility Term Loan to Key Plastics LLC**

Dear Mr. Wilson:

Based on our previous discussions, we understand that Key Plastics LLC ("Borrower") desires to establish and make use of up to $25 million through an incremental term secured credit facility (the "Facility"). The following are the basic terms and conditions upon which Wayzata Investment Partners LLC ("Wayzata"), acting as manager to certain of its managed funds (collectively, "Lender"), is willing to extend financing to Borrower.

1. **Documentation.** Borrower shall execute the following documents: credit agreement, security agreement, deposit account control agreements, financing statements, inter-creditor agreement, corporate borrowing resolutions and any other documentation that Lender and Wayzata deem necessary and appropriate (collectively, the "Loan Documents").

2. **Amount of Loan.** Lender will extend Borrower up to $25,000,000 (the "Gross Commitment") in financing in the form of a term loan. The Gross Commitment shall be available pursuant to incremental draws (each, a "Draw") in amounts and at intervals acceptable to Wayzata and Lender.

3. **Maturity Date.** The maturity date shall be January 31, 2011.

4. **Payment.** Borrower shall be obliged to repay all amounts due and owing as follows:

    a. Principal. In the absence of an event of default, all principal shall be due at the Maturity Date;
    b. Interest. Interest shall accrue and, absent an event of default, be due and payable in full on the first business day of each month.
    c. Fees, Costs, and Charges. All fees, attorneys' fees, costs and charges incurred pursuant to the Loan Documents are due and payable upon assessment
    d. Payments after an Event of Default. Upon the occurrence of an event of default, all unpaid principal, interest, default interest, fees, charges, costs, assessments, reasonable attorneys' fees and costs, and any other sums

# WAYZATA INVESTMENT PARTNERS

provided for in the Loan Documents shall automatically become accelerated and immediately due and owing.

5. **Interest Rate.** The interest rate shall be the LIBOR Rate plus 1100 basis points, assessed on a 360/actual basis. For purposes of the Facility, *"LIBOR Rate"* means the greater of (i) the rate per annum, determined by Agent in accordance with its customary procedures, and utilizing such electronic or other quotation sources as it considers appropriate, to be the rate at which Dollar deposits are offered to major banks in the London interbank market 2 Business Days prior to the commencement of the requested interest period adjusted by the reserve percentage prescribed by governmental authorities as determined by Agent, and (ii) 4.00% per annum.

6. **Call Protection.** To the extent that Facility is repaid, refinanced, refunded or terminated prior to the maturity date, Borrower shall pay Wayzata, for ratable benefit of Lender, a prepayment fee equal to 3% of the Gross Commitment (the "Fee").

7. **Security.** Borrower will grant Lender, as Lender, and Wayzata, as agent, a properly perfected first priority security interest in all of Borrower's cash, deposit accounts, accounts receivables and inventory ("Collateral"). Borrower's U.S. subsidiaries shall also grant guaranties in favor of Wayzata and Lender, and, where applicable, grant first priority liens on their Collateral. To the extent that it does not give rise to an adverse tax consequence, Borrower shall also pledge 65% of its equity interest in all first tier foreign subsidiaries.

8. **Covenants.** The Loan Documents shall contain commercial lending representations, warranties and covenants and financial covenants deemed appropriate by Wayzata and Lender in their sole discretion.

9. **Attorneys' Fees and Costs.** Borrower shall pay all attorneys' fees and costs incurred by Wayzata and Lender in connection with the negotiation, drafting and execution of the Loan Documents, regardless of whether any transaction contemplated herein is ever actually consummated.

If the foregoing is acceptable to you, please indicate your acceptance by executing this document in the space indicated below. We look forward to working with you on the Facility. Any extension of credit set forth herein is expressly contingent upon execution of definitive documentation acceptable to Wayzata and Lenders in their sole discretion.

Regards,

WAYZATA INVESTMENT PARTNERS LLC ■ 701 East Lake Street, Suite 300 ■ Wayzata, MN 55391 ■ Phone: 952-345-0700

# WAYZATA INVESTMENT PARTNERS

**Wayzata Investment Partners LLC**

_____

Blake Carlson
Authorized Signatory


**Key Plastics LLC**

_____

By: John B. Wilson

Its: Chief Financial Officer