OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Key Plastics, L.L.C. | Bank: | Fifth Third Bank |
| Bankruptcy Number: | 08-13324 (MFW) | Account Number: | 2710 |
| Date of Confirmation: | February 12, 2009 | Account Type: | Checking |
| Reporting Period (month/year): | Feb & Mar 2009 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 2,646 |

All receipt received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | - |
| Collection of Accounts Receivable: | | 12,583 |
| Proceeds from Litigation (settlement or otherwise): | | - |
| Sale of Debtor's Assets: | | 1,647 |
| Capital Infusion pursuant to the Plan: | | 20,003 |
| Intercompany Funding - Germany Subsidiary | | 1,856 |
| Release of Utilities Collateral | | 255 |
| Total of cash received: | $ | 36,344 |
| | | |
| Total of cash available: | $ | 38,990 |

Less all disbursement or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 13,826 |
| Disbursements made pursuant to the administative claims of bankruptcy professionals: | | 1,135 |
| All other disbursements made in the ordinary course: | | 19,390 |
| Total Disbursements | $ | 34,351 |
| Ending Cash Balance | $ | 4,639 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/6/09 _____ Rachel Burns, Treasurer
Date                           Name/Title

Debtor: Key Plastics, L.L.C.

Case Number: 08-13324 (MFW)

**Note, Key Plastics Finance Corp had no transactions for the period.**

Key Plastics LLC  
Case number 08-13324 (MFW)  
March 31, 2009  
$000's

Form MOR 3

| | Current Month | December 15, 2008 |
|---|---:|---:|
| **Assets:** | | |
| **Current assets:** | | |
| Cash and Equivalents, Unrestricted | 4,764 | 5,480 |
| Cash and Equivalents, Restricted | 2,507 | 1,455 |
| Trade accounts receiable | 11,462 | 18,351 |
| Other accounts receiable | (22) | 102 |
| Allowance for doubtful accounts | (526) | (279) |
| Inventories | 8,670 | 10,218 |
| Prepaid and other current assets | 619 | 1,199 |
| Professional retainers | 705 | 718 |
| Total current assets | 28,179 | 37,244 |
| | | |
| **Property, plant, and equipment:** | | |
| Land | 2,407 | 2,508 |
| Buildings & imprvmnts. | 21,601 | 22,859 |
| Machinery & equipment | 57,274 | 58,546 |
| Furniture & fixtures | 2,494 | 2,497 |
| Autos & trucks | 103 | 118 |
| Construction in progress | 3,028 | 968 |
| Current year acquisitions | 123 | 2,079 |
| Total PP&E | 87,030 | 89,574 |
| Accumulated depreciation | (50,111) | (49,064) |
| PP&E, net book value | 36,919 | 40,510 |
| | | |
| **Loans to insiders** | - | - |
| **Other assets** | 52,318 | 59,792 |
| **Total assets** | 117,416 | 137,546 |
| | | |
| **Liabilities and Equity:** | | |
| **Liabilities not subject to compromise (postpetition):** | | |
| Accounts payable | 6,882 | 12,198 |
| Taxes payable | - | - |
| Wages payable | 1,887 | 1,641 |
| Notes payable | - | - |
| Rent and leases- building and equipment | 347 | 601 |
| Secured debt | - | 6,250 |
| Professional fees | 815 | - |
| Amounts due to insiders | - | - |
| Other postpetition liabilities | 10,353 | 13,252 |
| Total postpetition liabilities | 20,284 | 33,942 |
| | | |
| **Liabilities subject to compromise (pre-petition):** | | |
| Secured debt | - | 121,756 |
| Priority debt | - | - |
| Unsecured debt | - | - |
| Total pre-petition liabilities | - | 121,756 |
| Total liabilities | 20,284 | 155,698 |
| | | |
| **Members' equity:** | | |
| Members' equity, pre-petition | (16,618) | (17,385) |
| Retained earnings, postpetition | (24,720) | (767) |
| Contributions, postpetition | 138,470 | - |
| Total equity | 97,132 | (18,152) |
| **Total liabilities and equity** | 117,416 | 137,546 |