IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11
                                          :
KEY PLASTICS L.L.C. (7449) and            :     Case No. 08-13324 (MFW)
KEY PLASTICS FINANCE CORP. (6717),        :
                                          :
            Debtors.                      :     Jointly Administered
                                          :
                                          :     Objection Deadline: 6/3/09 at 4:00 p.m.
                                          :     Hearing Date: 6/19/09 at 3:00 p.m.
---------------------------------------------------------------x

# FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 15, 2008 THROUGH FEBRUARY 13, 2009

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned Debtors and Debtors-in-possession |
| Date of Retention: | January 6, 2009 *nunc pro tunc* to December 15, 2008 |
| Period for which compensation and reimbursement are sought: | December 15, 2008 through February 13, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $61,613.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 8,822.31 |

This is a(n): __ monthly  ___ interim  _x_ final application

Prior Applications Filed: None

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $610 | 33.8 | $20,618.00 |
| Maris J. Finnegan | Joined firm as associate in 2007. Member of PA and NJ Bars since 2004. | $300 | 76.7 | $23,010.00 |
| L. Katherine Good | Joined firm as associate in 2007. Member PA Bar since 2007. Member of DE Bar since 2008. | $275 | 0.9 | $247.50 |
| Katisha Fortune | Joined firm as associate in 2006. Member of DE Bar since 2006. | $255 | 22.3 | $5,686.50 |
| T. Max Riffin | Joined firm as associate in 2008. Member of DE Bar since 2009. | $245 | 4.6 | $1,127.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $185 | 48.9 | $9,046.50 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $185 | 1.0 | $185.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $185 | 8.2 | $1,517.00 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $185 | 0.3 | $55.50 |
| Cathy Greer | Paralegal since 1995. Joined firm in 2000. | $185 | 0.3 | $55.50 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $100 | 0.1 | $10.00 |
| Brenda D. Tobin | Case Management Assistant. | $100 | 0.1 | $10.00 |
| Jenna M. Priest | Case Management Assistant. | $90 | 0.5 | $45.00 |
| TOTAL | | | 197.7 | $61,613.50 |

| | |
|---|---|
| Grand Total | $61,613.50 |
| Attorney Compensation | $50,689.00 |
| Total Attorney Hours | 138.3 |
| Blended Rate | $366.51 |

Dated: May 14, 2009
      Wilmington, Delaware

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 15, 2008 THROUGH FEBRUARY 13, 2009

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 10.6 | $2,122.00 |
| Creditor Inquiries (B) | 0.5 | $150.00 |
| Meetings (C) | 2.8 | $817.00 |
| Executory Contracts/Unexpired Leases (D) | 0.8 | $192.00 |
| Automatic Stay/Adequate Protection (E) | 1.4 | $397.50 |
| Plan of Re-Organization/Disclosure Statement (F) | 23.3 | $7,500.00 |
| Use, Sale, Lease of Assets (G) | 18.0 | $4,909.00 |
| Cash Collateral/DIP Financing (H) | 4.1 | $975.00 |
| Claims Administration (I) | 2.4 | $1,348.00 |
| Court Hearings (J) | 87.4 | $31,605.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 7.1 | $1,874.50 |
| Employee Issues (M) | 0.7 | $150.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 14.0 | $3,676.50 |
| RL&F Retention (Q-1) | 0.7 | $141.00 |
| Retention of Others (Q-2) | 17.0 | $4,103.00 |
| RL&F Fee Applications (R-1) | 2.7 | $624.00 |
| Fee Applications of Others (R-2) | 0.1 | $30.00 |
| Vendor/Supplies (S) | 0.5 | $104.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 2.0 | $483.00 |
| Insurance (V) | 1.6 | $411.50 |
| **TOTAL** | **197.7** | **61,613.50** |

# EXPENSE SUMMARY
## DECEMBER 15, 2008 THROUGH FEBRUARY 13, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Long Distance Telephone | Intercall | $205.60 |
| In-House Reproduction (Duplication/Printing) | 6,793 @ $.10/pg., 8,902 @ $.10/pg. | $1,569.50 |
| Outside Reproduction | Parcels, Inc. | $2,028.24 |
| Legal Research | Lexis/Westlaw | $2,084.08 |
| Filing/Court Fees | Courtcall, LLC | $50.00 |
| Court Reporting | Elaine M. Ryan, J&J Court Transcribers, Jennifer Ryan Enslen, Transcripts Plus | $1,008.60 |
| Travel Expenses | City Wide Limousine Service, Roadrunner Express | $186.30 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Federal Express | $288.57 |
| Postage | | $0.00 |
| Binding | | $44.00 |
| Business Meals | *Meal detail attached* | $1,167.98 |
| Document Retrieval | Pacer | $189.44 |
| Record Retrieval | | $0.00 |
| Room Rental | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| **TOTAL** | | **$8,822.31** |

| **BUSINESS MEAL DETAIL** |
| Date Posted | Provider | Meal & # of people | Description | Amount |
| --- | --- | --- | --- | --- |
| 12/16/2008 | Moro | Dinner for 4 | Reimbursement for dinner with co-counsel re: preparation for first day hearing. | $497.00 |
| 12/16/2008 | Chillis | Dinner for 2 | Preparation for new case filing. | $33.70 |
| 12/16/2008 | Olive Garden | Dinner for 2 | Preparation for new case filing. | $90.32 |
| 12/17/2008 | Rodney Grille | Breakfast for 8 | Preparation with co-counsel prior to first day hearing. | $102.08 |
| 12/17/2008 | Gallucio's | Drinks for 1 | After hours preparation and filing of notices of second day motions. | $4.56 |
| 12/17/2008 | Purebread Deli | Lunch for 8 | Preparation with co-counsel prior to first day hearing. | $172.45 |
| 12/17/2008 | Purebread Deli | Drinks / Snacks for 8 | Preparation with co-counsel prior to first day hearing. | $15.00 |
| 12/18/2008 | Kid Shelleen's | Lunch for 1 | Drafting critical dates. | $18.00 |
| 1/6/2008 | Purebread Deli | Lunch for 1 | Preparation for hearing. | $14.88 |
| 1/22/2009 | Gallucio's | Dinner for 1 | E-file plan supp., declaration, brief and coc-confirmation order. | $16.95 |
| 1/29/2009 | Purebread Deli | Lunch for 4 Lunch for 2 Lunch for 6 | Preparation with co-counsel re: hearing. | $122.00 $30.00 $152.00 |
| 1/29/2009 | Rodney Grille | Breakfast for 4 | Preparation with co-counsel, prior to hearing. | $51.04 |
| **TOTAL** | | | | **$1,167.98** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                          :    Chapter 11
                                               :
KEY PLASTICS L.L.C. (7449) and                 :    Case No. 08-13324 (MFW)
KEY PLASTICS FINANCE CORP. (6717),             :
                                               :
            Debtors.                           :    Jointly Administered
                                               :
                                               :    Objection Deadline: 6/3/09 at 4:00 p.m.
                                               :    Hearing Date: 6/19/09 at 3:00 p.m.
---------------------------------------------------------------x

**FIRST AND FINAL APPLICATION OF RICHARDS, LAYTON &
FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES
AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM DECEMBER 15, 2008 THROUGH FEBRUARY 13, 2009**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Authorizing the Debtors to Employ and Retain Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 95] (the "Retention Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this First and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from December 15, 2008 through February 13, 2009 (the "Application"). By this Application, RL&F seeks a final allowance pursuant to the Retention Order with respect to the sums of $61,613.50 as compensation and $8,822.31 for reimbursement of actual and necessary expenses for a total of $70,435.81 for the period December 15, 2008 through February 13, 2009 (the "Compensation Period"). In support of this Application, RL&F respectfully represents as

follows:

## Background

1.  On December 15, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.  Pursuant to the Retention Order, RL&F was retained effective as of the Petition Date. The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses, pursuant to sections 330 and 331 of the Bankruptcy Code.

## Compensation Paid and Its Source

3.  All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4.  Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.  The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for the Compensation Period. To the best of RL&F's knowledge, this

Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Retention Order.

**Actual and Necessary Expenses**

6. A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as <u>Exhibit B</u>. RL&F charges all of its bankruptcy clients $.10 per page for photocopying expenses and $0.05 per page for printing jobs of 20 pages or larger. RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8. RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("<u>ABA</u>") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

9. The directors and associates of RL&F who have rendered professional

RLF1-3360402-2

services in these cases are as follows: Mark D. Collins, Maris J. Finnegan, L. Katherine Good, Katisha Fortune and T. Max Riffin. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Rebecca V. Speaker, Ann Jerominski, Aja E. McDowell, Barbara J. Witters, Cathy M. Greer, Tracy A. Cameron, Brenda D. Tobin and Jenna M. Priest.

10. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

11. The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A. Case Administration/Miscellaneous Matters

Fees: $2,122.00: Total Hours: 10.6

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.  Creditor Inquiries

Fees: $150.00: Total Hours: 0.5

This category includes all matters related to responding to creditor inquiries.

C.  Meetings

Fees: $817.00: Total Hours: 2.8

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.  Executory Contracts/Unexpired Leases

Fees: $192.00: Total Hours: 0.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.  Automatic Stay/Adequate Protection

Fees: $397.50: Total Hours: 1.4

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.  Plan of Reorganization/Disclosure Statement

Fees: $7,500.00: Total Hours: 23.3

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G. Use, Sale, Lease of Assets

Fees: $4,909.00: Total Hours: 18.0

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H. Cash Collateral/DIP Financing

Fees: $975.00: Total Hours: 4.1

This category includes all matters relating to negotiation and documentation of Debtors in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I. Claims Administration

Fees: $1,348.00: Total Hours: 2.4

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J. Court Hearings

Fees: $31,605.00: Total Hours: 87.4

This category includes all matters relating to preparation for and attendance at court hearings.

K. General Corporate/Real Estate

Fees: $0.00: Total Hours: 0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L. Schedules/SOFA/U.S. Trustee Reports

Fees: $1,874.50: Total Hours: 7.1

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M. Employee Issues

Fees: $150.50: Total Hours: 0.7

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N. Environmental

Fees: $0.00: Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O. Tax Issues

Fees: $0.00: Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P. Litigation/Adversary Proceedings

Fees: $3,676.50: Total Hours: 14.0

This category includes all matters relating to litigation and adversary proceedings.

Q-1. RL&F Applications

Fees: $141.00: Total Hours: 0.7

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2. Retention of Others

Fees: $4,103.00: Total Hours: 17.0

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. RL&F Fee Application

Fees: $624.00: Total Hours: 2.7

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2. Fee Application of Others

Fees: $30.00: Total Hours: 0.1

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S. Vendor/Supplies

Fees: $104.00: Total Hours: 0.5

This category includes all matters related to vendors and suppliers, including reclamation issues.

T. Non-Working Travel

Fees: $0.00: Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U. Utilities

Fees: $483.00: Total Hours: 2.0

This category includes all matters related to utility issues.

V. Insurance

Fees: $411.50: Total Hours: 1.6

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12. Attorneys and paraprofessionals of RL&F have expended a total of 197.7 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 33.8 | $610 |
| Maris J. Finnegan | 76.7 | $300 |
| L. Katherine Good | 0.9 | $275 |
| Katisha Fortune | 22.3 | $255 |
| T. Max Riffin | 4.6 | $245 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Rebecca V. Speaker | 48.9 | $185 |
| Ann Jerominski | 1.0 | $185 |
| Aja E. McDowell | 0.3 | $185 |
| Barbara J. Witters | 8.2 | $185 |
| Cathy M. Greer | 0.3 | $185 |
| Tracy A. Cameron | 0.1 | $100 |
| Brenda D. Tobin | 0.1 | $100 |
| Jenna M. Priest | 0.5 | $90 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $61,613.50.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period December 15, 2008 through February 13, 2009, a final allowances be made to RL&F pursuant to the terms of the Retention Order, with respect to the sum of $61,613.50 as compensation for necessary professional services rendered, and the sum of $8,822.31 as 100% reimbursement of actual necessary costs and expenses, for a total of $70,435.81 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: May 14, 2009
       Wilmington, Delaware

Respectfully submitted,

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Katisha D. Fortune (No. 4857)
Maris J. Finnegan (DE Admission Pending)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Phone: (302) 651-7700
Fax: (302) 654-7701
Email: Collins@rlf.com
Email: Fortune@rlf.com
Email: MFinnegan@rlf.com

-and-

Martin A. Sosland
Stephen A. Youngman
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Direct Dial: (214) 746-7700
Fax: (214) 746-7777
Email: martin.sosland@weil.com
Email: stephen.youngman@weil.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

# VERIFICATION

STATE OF DELAWARE ) 
                                             ) SS: 
COUNTY OF NEW CASTLE )

        Mark D. Collins, after being duly sworn according to law, deposes and says:

        a)     I am a director with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

        b)     I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                                        Mark D. Collins (No. 2981)

SWORN AND SUBSCRIBED before me 
this 14th day of May, 2009.

_Linda M Anderson_ 
Notary Public 
My Commission Expires: 6/30/2010